## WILSON *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 73, September Term, 1959.]

*Decided March 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

Per Curiam.

For the reasons set forth in the opinion of Judge Allen in the court below, petitioner's application for leave to appeal under the Post Conviction Procedure Act is hereby denied.